UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-2565

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor

v.

WICARE HOME CARE AGENCY, LLC;
LUIS D. HERNANDEZ
                        Appellants

On Appeal from the U.S. District Court for the
Middle District of Pennsylvania
(No. 1:22-cv-00224)

SUR PETITION FOR REHEARING

Present: CHAGARES, *Chief Judge,* HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT and ROTH[1] *Circuit Judge*s

    The petition for rehearing filed by the Appellants in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

---

[1] Judge Roth's vote is limited to panel rehearing only.

BY THE COURT,

s/Michael A. Chagares
Chief Circuit Judge

Dated: February 11, 2026

kr/cc: All Counsel of Record